TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00464-CV

Michael Bryan Vance, Appellant

v.

Texas Department of Protective and Regulatory Services, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 96-721-F26, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

PER CURIAM

 The parties have announced by agreed motion that they have settled the dispute that
is the subject of this appeal and wish to dismiss this appeal. We grant the motion and dismiss this
appeal.

Before Justices Jones, Kidd and Yeakel

Dismissed on Agreed Motion

Filed: October 19, 2000

Do Not Publish